UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARREN LANDRY,<br>      Plaintiff | \*<br>\* | CIVIL ACTION NO. 3:23-cv-00148<br>BAJ-RLB |
| VERSUS | \* | JUDGE BRIAN A. JACKSON |
| APEX MARINE, INC.,<br>      Defendant | \*<br>\*<br>\* | MAGISTRATE RICHARD L.<br>BOURGEOIS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes complainant Darren Landry, a resident of the full age of majority of the Parish of East Baton Rouge, and a citizen of the State of Louisiana, who hereby files this amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, representing to this Court that consent to file this First Amended Complaint was obtained from counsel for defendant Apex Marine, Inc.  Complainant hereby repeats and realleges each and every paragraph and prayer of his original Petition for Damages, except as amended herein, as follows:

I.

Complainant amends his original Petition for Damages to add Subparagraph 2A., to read as follows:

"2A.

Defendant Apex Marine, Inc. is also liable to complainant for payment of attorney fees and treble damages incurred by complainant, in addition to unpaid commissions owed to complainant."

II.

Complainant amends his original Petition for Damages to replace Paragraph 6 with the following paragraphs 6. - 6H.:

"6.

Between approximately July 1, 2019 and November 1, 2022, defendant Apex Marine, Inc. was a "principal," and complainant was a "sales representative" of Apex Marine, Inc., for purposes of and as defined by Louisiana Revised Statute 51:441.

6A.

Pursuant to an agreement between complainant and defendant in effect from about July 1, 2019 and November 1, 2022, complainant solicited wholesale orders of boat and engine packages on behalf of defendant.

6B.

In an agreement between complainant and defendant in effect between about July 1, 2019 November 1, 2022, defendant agreed to pay to complainant a sales commission of 2.5% of the amount of all of complainant's sales of boat and engine packages on behalf of defendant.

6C.

Defendant terminated its agreement with complainant effective November 1, 2022.

6D.

Following complainant's November 1, 2022 termination by defendant, defendant owed sales commissions of $150,623.06 to complainant, which amount constitutes 2.5% of sales made by complainant on defendant's behalf.

6E.

Defendant has paid none of the commissions due to complainant described above in Subparagraph 6E, as of the date of the filing of this pleading.

6F.

Louisiana Revised Statute 51:443 required defendant to pay all commissions due to complainant no later than the thirtieth working day after the day of termination.

6G.

In accordance with Louisiana Revised Statute 51:444, complainant avers that he is entitled to judgment against defendant for all commissions due to him, and for attorney fees and treble damages incurred by complainant.

6H.

Defendant Apex Marine, Inc. is also liable to complainant for defendant's breach of its contract with complainant, in accordance with Louisiana Civil Code Articles 1983, 1989, 1994, 1997, alternatively the quantum meruit doctrine, Louisiana Civil Code Article 2298, and other Louisiana law."

**WHEREFORE**, complainant prays that this First Amended Complaint be deemed good and sufficient, and that after due proceedings are had and expiration of all legal delays herein, there be judgment for money damages rendered in favor of complainant Darren Landry, and against defendant Apex Marine, Inc., in the amount of $150,623.06, and additionally for attorney fees, treble damages, legal interest from date of judicial demand until paid, and all taxable costs, and for all other general or equitable relief which the law and justice provide.

First Amended Complaint
Civil Action no. 3:23-cv-00148

                        Respectfully submitted by:

                        s/   Mark V. Marinoff
                        **Mark V. Marinoff (Bar Roll No. 8440)**
                        Attorney at Law
                        606 Colonial Drive, Suite F
                        Baton Rouge, LA 70806
                        Telephone: (225) 938-6252
                        markomlaw@yahoo.com

                        -And

                        s/   Gary P. Koederitz
                        **Gary P. Koederitz**
                        **Bar Roll No. 07768**
                        **Koederitz Law Firm, LLC**
                        4607 Bluebonnet Boulevard, Suite B
                        Baton Rouge, LA 70809
                        Telephone: (225) 295-9494
                        Facsimile:  (225) 295-9495
                        gary@kwlawbr.com

## CERTIFICATE OF SERVICE

     I hereby certify that on June 16, 2023, a copy of the foregoing First Amended Complaint was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                        s/Gary P. Koederitz
                        **Gary P. Koederitz (Bar Roll No. 07768)**
                        Attorney for Plaintiff Darren Landry
                        **Koederitz Law Firm, LLC**
                        4607 Bluebonnet Boulevard, Suite B
                        Baton Rouge, LA 70809
                        Telephone: (225) 295-9494
                        Facsimile:  (225) 295-9495
                        gary@kwlawbr.com